**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00034-CV**
_____

**PORT ARTHUR PIPELINE LLC, Appellant**

**V.**

**TROY J. BROUSSARD, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-207,668**

**MEMORANDUM OPINION**

Port Arthur Pipeline LLC, Appellant, and Troy J. Broussard, Appellee, filed a joint motion representing they had reached a settlement, and they asked the Court to dismiss their appeal.[1] The parties filed the motion before the Court decided the appeal. We grant the motion to dismiss, and we order the appeal dismissed.[2]

APPEAL DISMISSED.

PER CURIAM

Submitted on August 30, 2022
Opinion Delivered August 31, 2022
Before Golemon, C.J., Kreger and Horton, JJ.

_____

[1]*See* Tex. R. App. P. 42.1(a)(2)(A).
[2]*See id*. 43.2(f).

1